[No. 17946-0-III.    Division Three.    August 24, 1999.]

*In the Matter of the Marriage of* CAROL ANN COKER, *Respondent*, and JERRY LEE COKER, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 96-3-00078-9, Wallis W. Friel, J., entered September 25, 1998. *Affirmed* by unpublished per curiam opinion.

[No. 17909-5-III.    Division Three.    August 26, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH PETER DAY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 98-1-00451-1, Craig J. Matheson, J., entered September 14, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 17943-5-III.    Division Three.    August 26, 1999.]

*In the Matter of the Marriage of* BERNARD W. GEESTMAN, *Appellant*, and MARGARET ANN GEESTMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 92-3-00266-9, Jack Burchard, J., entered September 21, 1998. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Kato, J.

[No. 23085-2-II.    Division Two.    August 27, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL S. ROLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-00216-0, Rosanne Buckner, J., entered February 5, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.